JOAN B. TUCKER FIFE (SBN:144572)
email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

JESSIE A. KOHLER (SBN: 179363)
email: jkohler@winston.com
HWANNIE L. SHEN (SBN: 222342)
email: hshen@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

FILED 2008 JAN -9 PM 1:03

# UNITES STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. SPAINHOWER, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK National Association, a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.:<br>**CV08-00137 GPS PJWx**<br><br>**NOTICE OF RELATED CASES** |

-1-
NOTICE OF RELATED CASES

1  NOTICE IS HEREBY GIVEN, pursuant to United States District Court,
2  Central District of California, Local Rule 83-1.3, that Defendant U.S. Bank National
3  Association is unaware of any action previously filed or currently pending in the
4  Central District of California which is related to the above-captioned case.

6  Dated: January 9, 2008                    WINSTON & STRAWN LLP

8                                            By: /s/ Hwannie L. Shen
9                                            Hwannie L. Shen
                                              Attorneys for Defendant
10                                            U.S. BANK NATIONAL
                                              ASSOCIATION

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Los Angeles, CA 90071-1543. On January 9, 2008, I served the within documents:

## NOTICE OF RELATED CASES

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at , addressed as set forth below.

☒ On January 9, 2008, I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

☐ by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing the document(s) listed above to be delivered via overnight delivery (Federal Express) to the person(s) at the address(es) set forth below.

☐ by electronic mail (email). I caused said documents to be transmitted by electronic mail to the email addresses set forth below.

William E. Harris, Esq.
Matthew A. Kaufman, Esq.
Harris & Kaufman
15260 Ventura Boulevard, Suite 2250
Sherman Oaks, CA 91403
Telephone: 818.990.1999
Facsimile: 818.990.1966

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on January 9, 2008, at Los Angeles, California.

_____
Myrna Fuentes

LA:203369.1

-3-