JOAN B. TUCKER FIFE (SBN: 144572)
email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

JESSIE A. KOHLER (SBN: 179363)
email: jkohler@winston.com
HWANNIE L. SHEN (SBN: 222342)
email: hshen@winston.com
EMILIE C. WOODHEAD (SBN: 240464)
email: ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. SPAINHOWER, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK National Association, a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | **Case No. CV08 – 00137 FMC (PJWx)**<br><br>**JOINT STIPULATION REGARDING THE NOVEMBER 4, 2008 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND PRIVACY NOTICE TO PUTATIVE CLASS MEMBERS** |

-1-

**JOINT STIPULATION RE NOVEMBER 4, 2008 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND PRIVACY NOTICE TO PUTATIVE CLASS MEMBERS**  CV08 – 00137 GPS (PJWx)
LA:228353.2

1  This Joint Stipulation is entered into by and between Plaintiff Jason J.
2  Spainhower ("Plaintiff") and Defendant U.S. Bank, N.A. ("Defendant") (collectively,
3  the "Parties") through their attorneys of record:

4  WHEREAS, Plaintiff has brought an action against Defendant alleging class
5  action claims on behalf of all current and former In-Store Bank Branch Managers who
6  worked for Defendant in the State of California from September 13, 2003 to present
7  (the "Putative Class Members");

8  WHEREAS, no class has been certified and the issue of the propriety of class
9  certification has not been submitted to the Court;

10  WHEREAS, Plaintiff seeks the names, addresses and telephone numbers of
11  Putative Class Members to investigate the propriety of class certification and the
12  merits of the allegations in the lawsuit;

13  WHEREAS, the Honorable Patrick J. Walsh, United States Magistrate Judge
14  granted Plaintiff's motion to compel by written Order dated November 4, 2008;

15  WHEREAS, the November 4, 2008 Order states that notice shall issue to
16  Putative Class Members so Plaintiff may ask they want to join the lawsuit as class
17  members;

18  WHEREAS, the Parties agree that Putative Class Members cannot "opt in" to or
19  "opt out" of the case prior to a class action being certification;

20  WHEREAS, the Parties therefore seek to clarify the November 4, 2008 Order
21  prior to sending notice to Putative Class Members:

22

23  THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:
24  1.  The purpose of the notice to be provided to Putative Class Members is to
25  (a) notify Putative Class Members of the existence lawsuit and its allegations; (b)
26  describe the investigation that Plaintiff wishes to conduct; and (c) afford Putative
27
28

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

-2-

**JOINT STIPULATION RE NOVEMBER 4, 2008 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND PRIVACY NOTICE TO PUTATIVE CLASS MEMBERS      CV08 – 00137 GPS (PJWx)**
LA:228353.2

Class Members the opportunity to withhold their names, addresses and telephone numbers from Plaintiff and his counsel on the grounds of privacy;

2. A Putative Class Member's membership in the class – if ultimately certified – shall not be affected by his or her response or lack of response to the notice;

3. A third party claims administrator shall send the agreed-upon notice to Putative Class Members, a copy of which is attached as Exhibit "A";

4. Plaintiff will bear the cost of any mailing to the Putative Class Members; and

5. Defendant will bear the cost of the self-addressed, stamped returned postcard to be included with the mailing to Putative Class Members.

Dated: January 20, 2009

WINSTON & STRAWN LLP
JOAN B. TUCKER FIFE
JESSIE A. KOHLER
HWANNIE L. SHEN
EMILIE C. WOODHEAD

By: /s/Jessie A. Kohler

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

Dated: January 20, 2009

HARRIS & KAUFMAN
WILLIAM HARRIS
MATTHEW KAUFMAN

By: /s/Matthew Kaufman

Attorneys for Plaintiff

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The purpose of the notice to be provided to Putative Class Members is to (a) notify Putative Class Members of the existence lawsuit and its allegations; (b) describe the investigation that Plaintiff wishes to conduct; and (c) afford Putative Class Members the opportunity to elect to withhold their names, addresses and telephone numbers from Plaintiff and his counsel on the grounds of privacy;

2. A third party claims administrator shall send the agreed-upon notice to Putative Class Members, a copy of which is attached hereto as Exhibit "A";

3. A Putative Class Member's membership in the class – if ultimately certified – shall not be affected by his or her response or lack of response to the notice;

5. Plaintiff will bear the cost of any mailing to the Putative Class Members; and

6. Defendant will bear the cost of any self-addressed, stamped return envelope to be included with the mailing to Putative Class Members.

Date:_____, 2009          _____
                                     The Honorable Florence-Marie Cooper
                                     United States District Court Judge

-1-

[PROPOSED ORDER]                                         CV08 – 00137 GPS (PJWx)
LA:228353.2