# EXHIBIT A

## NOTICE TO CURRENT AND FORMER

## U.S. BANK IN-STORE BANK BRANCH MANAGERS

## REGARDING DISCLOSURE OF CONTACT INFORMATION

A former employee ("Plaintiff") of U.S. Bank, N.A. has filed a class action lawsuit in the State of California. **This is not a lawsuit against you, and you are not being sued.** The Plaintiff filed the lawsuit on behalf of himself and all other In-Store Bank Branch Managers who worked for U.S. Bank in the State of California since September 13, 2003.

**Plaintiff's Allegations**:

In this lawsuit, the Plaintiff alleges that he and all other California In-Store Bank Branch Managers were improperly classified as "exempt" from overtime pay and other wage and hour requirements under California law and, as a result, did not receive overtime compensation that was owed. Plaintiff also contends that he and all other California In-Store Bank Branch Managers were not authorized and permitted to take meal and rest breaks, and were not paid all wages owed at the time of employment separation. Plaintiff also claims that U.S. Bank failed to comply with California's Unfair Competition Law.

U.S. Bank denies that California In-Store Bank Branch Managers were improperly classified as exempt from overtime pay and other wage and hour requirements. U.S. Bank further denies that it violated California law and maintains that it owes no wages, damages or penalties to Plaintiff or any other California In-Store Bank Branch Managers.

Plaintiff contends that this lawsuit can be brought as a class action on behalf of all In-Store Bank Branch Managers within the State of California. The court has not yet determined whether or not this case can be maintained as a class action, nor has it made any determination regarding the merits of Plaintiff's claims. The lawsuit is entitled ***Spainhower, et al. v. U.S. Bank, N.A.., et al.*** and is pending in the District Court for the Central District of California, Case No. 2:08-cv-00137-FMC-PJWx.

**Why You Are Being Sent This Notice:**

To assist in the investigation of this lawsuit's allegations, the attorneys for the Plaintiff have sought to obtain your name, home address and telephone number(s), so that they can communicate with you about the allegations made in this lawsuit. Plaintiff wishes to gather information about the type of work you perform(ed) for U.S. Bank and the number of hours you work(ed).

You may elect not to have your name, home address and telephone number provided to Plaintiff's attorneys.

If you do not want your name, home address and telephone number to be provided to the Plaintiff's attorneys, you must complete and return the enclosed self-addressed stamped postcard to the address on the postcard.  If you do not return the enclosed postcard, your name, home address and telephone number will be disclosed to the Plaintiff's attorneys.  The deadline for returning the postcard is [30 days from mailing].  The postcard must be postmarked by this date to prevent disclosure of your contact information.

You have the right to contact the Plaintiff's counsel directly:

> Matthew A. Kaufman
> Harris & Kaufman
> 15260 Ventura Boulevard, Suite 2250
> Sherman Oaks, CA  91403
> Telephone:     (818) 990-1999
> Facsimile:     (818) 990-1966

You also have the right to contact the attorneys representing U.S. Bank directly:

> Jessie A. Kohler
> Winston & Strawn LLP
> 333 South Grand Avenue, Suite 3800
> Los Angeles, CA 90071-1543
> Telephone:     213-615-1700
> Facsimile:     213-615-1750

You are under no obligation to provide information or to discuss this matter with the Plaintiff's attorneys.

You also are under no obligation to provide information or to discuss this matter with U.S. Bank or its attorneys.

U.S. Bank may not retaliate against you in any way for providing, or refusing to provide, any information to either party.

**Please Do Not Address Any Inquiries to the Court.**

**PROPOSED TEXT OF POSTCARD**

I do not want my address and telephone number disclosed to the Plaintiff's attorneys in the case entitled *Spainhower, et al. v. U.S. Bank, N.A.., et al.* By submitting this postcard, I understand that this information will not be disclosed.

_____          _____
Print Name                                             Sign Name

Print Address (for identification purposes only)

                                              _____

**The deadline for returning this postcard is [30 days from mailing]. This postcard must be postmarked by this date if you wish to prevent disclosure of your contact information. .**