JOAN B. TUCKER FIFE (SBN: 144572)
email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: 415-591-1000
Facsimile: 415-591-1400

JESSIE A. KOHLER (SBN: 179363)
email: jkohler@winston.com
HWANNIE L. SHEN (SBN: 222342)
email: hshen@winston.com
EMILIE C. WOODHEAD (SBN: 240464)
email: ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. SPAINHOWER, an individual, on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. BANK National Association, a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | Case No. CV08 – 00137 FMC (PJWx)<br><br>**[PROPOSED] ORDER** |

-1-

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The purpose of the notice to be provided to Putative Class Members is to (a) notify Putative Class Members of the existence lawsuit and its allegations; (b) describe the investigation that Plaintiff wishes to conduct; and (c) afford Putative Class Members the opportunity to elect to withhold their names, addresses and telephone numbers from Plaintiff and his counsel on the grounds of privacy;

2. A third party claims administrator shall send the agreed-upon notice to Putative Class Members, a copy of which is attached hereto as Exhibit "A";

3. A Putative Class Member's membership in the class – if ultimately certified – shall not be affected by his or her response or lack of response to the notice;

5. Plaintiff will bear the cost of any mailing to the Putative Class Members; and

6. Defendant will bear the cost of any self-addressed, stamped return envelope to be included with the mailing to Putative Class Members.

Date:_____, 2009      _____
                                 The Honorable Florence-Marie Cooper
                                 United States District Court Judge

[PROPOSED ORDER]
LA:228353.2

CV08 – 00137 GPS (PJWx)

*Winston & Strawn LLP*
*333 South Grand Avenue*
*Los Angeles, CA 90071-1543*

# EXHIBIT A

## NOTICE TO CURRENT AND FORMER

## U.S. BANK IN-STORE BANK BRANCH MANAGERS

## REGARDING DISCLOSURE OF CONTACT INFORMATION

A former employee ("Plaintiff") of U.S. Bank, N.A. has filed a class action lawsuit in the State of California. **This is not a lawsuit against you, and you are not being sued.** The Plaintiff filed the lawsuit on behalf of himself and all other In-Store Bank Branch Managers who worked for U.S. Bank in the State of California since September 13, 2003.

### Plaintiff's Allegations:

In this lawsuit, the Plaintiff alleges that he and all other California In-Store Bank Branch Managers were improperly classified as "exempt" from overtime pay and other wage and hour requirements under California law and, as a result, did not receive overtime compensation that was owed. Plaintiff also contends that he and all other California In-Store Bank Branch Managers were not authorized and permitted to take meal and rest breaks, and were not paid all wages owed at the time of employment separation. Plaintiff also claims that U.S. Bank failed to comply with California's Unfair Competition Law.

U.S. Bank denies that California In-Store Bank Branch Managers were improperly classified as exempt from overtime pay and other wage and hour requirements. U.S. Bank further denies that it violated California law and maintains that it owes no wages, damages or penalties to Plaintiff or any other California In-Store Bank Branch Managers.

Plaintiff contends that this lawsuit can be brought as a class action on behalf of all In-Store Bank Branch Managers within the State of California. The court has not yet determined whether or not this case can be maintained as a class action, nor has it made any determination regarding the merits of Plaintiff's claims. The lawsuit is entitled ***Spainhower, et al. v. U.S. Bank, N.A.., et al.*** and is pending in the District Court for the Central District of California, Case No. 2:08-cv-00137-FMC-PJWx.

### Why You Are Being Sent This Notice:

To assist in the investigation of this lawsuit's allegations, the attorneys for the Plaintiff have sought to obtain your name, home address and telephone number(s), so that they can communicate with you about the allegations made in this lawsuit. Plaintiff wishes to gather information about the type of work you perform(ed) for U.S. Bank and the number of hours you work(ed).

You may elect not to have your name, home address and telephone number provided to Plaintiff's attorneys.

If you do not want your name, home address and telephone number to be provided to the Plaintiff's attorneys, you must complete and return the enclosed self-addressed stamped postcard to the address on the postcard. If you do not return the enclosed postcard, your name, home address and telephone number will be disclosed to the Plaintiff's attorneys. The deadline for returning the postcard is [30 days from mailing]. The postcard must be postmarked by this date to prevent disclosure of your contact information.

You have the right to contact the Plaintiff's counsel directly:

>   Matthew A. Kaufman
>   Harris & Kaufman
>   15260 Ventura Boulevard, Suite 2250
>   Sherman Oaks, CA 91403
>   Telephone:   (818) 990-1999
>   Facsimile:   (818) 990-1966

You also have the right to contact the attorneys representing U.S. Bank directly:

>   Jessie A. Kohler
>   Winston & Strawn LLP
>   333 South Grand Avenue, Suite 3800
>   Los Angeles, CA 90071-1543
>   Telephone:   213-615-1700
>   Facsimile:   213-615-1750

You are under no obligation to provide information or to discuss this matter with the Plaintiff's attorneys.

You also are under no obligation to provide information or to discuss this matter with U.S. Bank or its attorneys.

U.S. Bank may not retaliate against you in any way for providing, or refusing to provide, any information to either party.

**Please Do Not Address Any Inquiries to the Court.**

## PROPOSED TEXT OF POSTCARD

I do not want my address and telephone number disclosed to the Plaintiff's attorneys in the case entitled *Spainhower, et al. v. U.S. Bank, N.A.., et al.* By submitting this postcard, I understand that this information will not be disclosed.

_____          _____
Print Name                                              Sign Name

Print Address (for identification purposes only)     _____

**The deadline for returning this postcard is [30 days from mailing]. This postcard must be postmarked by this date if you wish to prevent disclosure of your contact information. .**