1  William E. Harris (SBN 76706)
2      wharris@harriskaufman.com
   Matthew A. Kaufman (SBN 166986)
3      mkaufman@harriskaufman.com
4  Arin Norijanian (SBN 260936)
       anorijanian@harriskaufman.com
5  HARRIS & KAUFMAN
6  15260 Ventura Blvd, Ste. 2250
   Sherman Oaks, CA 91403
7  Tel: (818) 990-1999
8  Attorneys for Plaintiff, Jason J. Spainhower

9                  UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. SPAINHOWER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK National Association, a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | Consolidated Case No.: CV08-00137 FMC (PJWx)<br><br>**PLAINTIFFS' NOTICE OF *EX PARTE* APPLICATION FOR A PROTECTIVE ORDER PROHIBITING DEFENDANTS FROM TAKING THE DEPOSITIONS OF UNNAMED CLASS MEMBERS**<br><br>**Magistrate Patrick J. Walsh**<br>Ctrm: 827A |
| L. MICHAEL WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANCORP dba U.S. BANK, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Class Discovery C/O: 12/7/09<br>Plaintiff's Filing Date for Class Certification: 1/9/10<br>Hearing on Class Certification: 3/15/10 at 10:00 a.m.<br><br>Discovery C/O: None set<br>Pretrial Conf.: None set<br>Trial: None set |

1

2  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE that plaintiffs Jason J. Spainhower and L. Michael Williams hereby apply *ex parte* in the courtroom of the Honorable Patrick J. Walsh, in courtroom 827A, at 312 N. Spring Street, Los Angeles, CA 90012, to seek a protective order prohibiting Defendants, U.S. Bank, N.A., and U.S. Bankcorp., from taking depositions of unnamed class member.

This *ex parte* application is proper because (1) defendants do not have a court order authorizing them to take these depositions, and in class actions, a prior court order is required before depositions of unnamed class members, and (2) if the depositions go forward, then the deponents may suffer all the things that the rule seeks to prevent, namely discouraging their participation in the litigation and harassment.

This application is based up on the concurrently filed Memorandum of Points and Authorities and the Declaration of Matthew A. Kaufman

HARRIS & KAUFMAN

DATED: November 23, 2009

By: _____
Matthew A. Kaufman,
Attorneys for Plaintiff Jason J.
Spainhower and Lead Counsel