JOAN B. TUCKER FIFE (SBN: 144572)
email: jfife@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:  415-591-1000
Facsimile:  415-591-1400

MARIA C. RODRIGUEZ (SBN: 194201)
email: mcrodriguez@winston.com
HWANNIE L. SHEN (SBN: 222342)
email: hshen@winston.com
EMILIE C. WOODHEAD (SBN: 240464)
email: ewoodhead@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  213-615-1700
Facsimile:  213-615-1750

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION
and U.S. BANCORP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. SPAINHOWER, an individual, on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>U.S. BANK National Association, a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>Defendants.<br><br>L. MICHAEL WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>v.<br><br>U.S. BANCORP dba U.S. BANK, a Delaware corporation, and DOES 1 through 10, inclusive.<br><br>Defendant. | **Case No. CV08-00137 FMC (PJWx)**<br><br>Consolidated with Case No. **CV08-08645 FMC (PJWx)**<br><br>**JOINT STIPULATION RE PRODUCTION OF DOCUMENTS AFTER THE PRE-CERTIFICATION DISCOVERY CUT-OFF** |

1  This Joint Stipulation is entered into by and between Plaintiffs Jason J.
2  Spainhower and L. Michael Williams ("Plaintiffs") and Defendants U.S. Bank, N.A.
3  and U.S. Bancorp ("U.S. Bank" or "Defendants") (collectively, the "Parties") through
4  their attorneys of record:
5      WHEREAS, the Court has ordered a precertification discovery cut-off of
6  December 7, 2009;
7      WHEREAS, U.S. Bank has agreed to produce additional documents to
8  Plaintiffs after that date;
9      WHEREAS, Plaintiffs' counsel believes the Court will not permit discovery,
10 including production of documents, after the pre-certification discovery deadline;
11     WHEREAS, U.S. Bank agrees that Plaintiffs may introduce such evidence in
12 support of their anticipated motion for class certification (without waiving any
13 evidentiary objections except for the timeliness of the production);
14     THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that
15 the parties shall have relief from the December 7, 2009 precertification discovery cut-
16 off to permit Defendant to produce documents, and Plaintiffs may introduce the
17 documents produced as evidence in support of their motion for class certification.

Dated:    December 22, 2009         WINSTON & STRAWN LLP
                                    JOAN B. TUCKER FIFE
                                    MARIA C. RODRIGUEZ
                                    HWANNIE L. SHEN
                                    EMILIE C. WOODHEAD


                                    By:    /s/Maria C. Rodriguez

                                    Attorneys for Defendant
                                    U.S. BANK NATIONAL ASSOCIATION

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Dated:     December 22, 2009        HARRIS & KAUFMAN
                                    WILLIAM HARRIS
                                    MATTHEW KAUFMAN

                                    By: /s/ Matthew Kaufman

                                    Attorneys for Plaintiffs