1  JOAN B. TUCKER FIFE (SBN: 144572)
    email: jfife@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
3  San Francisco, CA 94111
   Telephone:  415-591-1000
4  Facsimile:  415-591-1400

5  MARIA C. RODRIGUEZ (SBN: 194201)
    email: mcrodriguez@winston.com
6  EMILIE C. WOODHEAD (SBN: 240464)
    email: ewoodhead@winston.com
7  WINSTON & STRAWN LLP
   333 South Grand Avenue
8  Los Angeles, CA 90071-1543
   Telephone:  213-615-1700
9  Facsimile:  213-615-1750

10  Attorneys for Defendants
   U.S. BANK NATIONAL ASSOCIATION
11  and U.S. BANCORP

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON J. SPAINHOWER, an individual, on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>U.S. BANK National Association, a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>        Defendants. | **Case No. CV08-00137 JHN (PJWx)**<br><br>Consolidated with Case No. **CV08-08645 JHN (PJWx)**<br><br>**DECLARATION OF JOAN B. TUCKER FIFE IN SUPPORT OF OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |
| L. MICHAEL WILLIAMS, individually, and on behalf of other members of the general public similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. BANCORP dba U.S. BANK, a Delaware corporation, and DOES 1 through 10, inclusive.<br><br>        Defendant. | |

I, Joan B. Tucker Fife, declare as follows:

1.     I am a member in good standing of the State Bar of California and am a partner with the law firm of Winston & Strawn LLP, counsel of record for Defendants U.S. Bank, N.A. and U.S. Bancorp (collectively "U.S. Bank"). I have personal knowledge of the following facts, and if called as a witness herein, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the declarations of the following individuals:

| Ex. No. | Declarant |
|---------|-----------|
| 1. | Baer, Maria |
| 2. | Brown, Richard |
| 3. | Cote, Ami |
| 4. | Crall, Candice |
| 5. | Dominguez, Julie |
| 6. | Donahue, Ryan |
| 7. | Gabler, Tim |
| 8. | Groppetti, John E. |
| 9. | Hale, Richard Joseph |
| 10. | Hedayati, Ghazal |
| 11. | Howie, Lizanne |
| 12. | Hurst, Kristin |
| 13. | Kerimian, Gaik |
| 14. | Kuhn, Michael |
| 15. | Kuni, Michael Philip |
| 16. | Lane, Jan |
| 17. | Manansala, Andrew Mark |
| 18. | Mora, Christopher Joseph |

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

| 19. | Ortiz, Javier |
|-----|---------------|
| 20. | Pavlitskiy, Samuil |
| 21. | Petrucela, Nancy Ann |
| 22. | Phillips, Scot |
| 23. | Thomas, Curtis |
| 24. | Trimble, Patricia A. |
| 25. | Vitug, Martin |
| 26. | Wilkinson, Carl S. |
| 27. | Williamson, Bryan J. |
| 28. | Woolsey, Jung |

3.   Attached hereto as Exhibit 29 is the declaration of William Watson.

4.   Attached hereto as Exhibit 30 is the declaration of Deanna Baisch.

5.   Attached hereto as Exhibit 31 is a summary of the deposition testimony of William Watson.

6.   Attached hereto as Exhibit 32 is a summary of the deposition testimony of Deanna Baisch.

7.   Attached hereto as Exhibit 33 is a summary of the deposition testimony of Julie Hilt.

8.   Attached hereto as Exhibit 34 is a summary of the deposition testimony of Robert Brown.

9.   Attached hereto as Exhibit 35 is a summary of the deposition testimony of Anthony Tellado.

10.   Attached hereto as Exhibit 36 is "Deposition Summary Chart: Plaintiffs' Witnesses". It provides a summary of the deposition testimony of Plaintiffs Spainhower and Williams, and of those of Plaintiffs' witnesses that U.S. Bank was allowed to depose (i.e., Mohammad Chawla, Ellsworth Cooke, Rick Garcia, Valeria Mckee, Kim Page, Christian Romero, Irina Valdimirsky, and Shawnette White).

2

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

11.     Attached hereto as Exhibit 37 is a true and correct copy of the deposition testimony of Anthony Procopio, taken in Case No. 06-4347 before the American Arbitration Association.

12.     I have identified a number of instances in Plaintiffs' motion in which Plaintiffs misstate the evidence supporting their claims, and others where they fail to provide any evidence.  I have prepared a list of the worst examples of these unsupported statements of fact, a true and correct copy of which is attached hereto as Exhibit 38.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on February 8, 2010 in San Francisco, California.

_____/s/_____
Joan B. Tucker Fife

LA:264839.1

DECLARATION OF JOAN B. TUCKER FIFE IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION
CASE NO. CV08-08645 JHN (PJWx)