# EXHIBIT 35

**US Bank adv. Spainhower:**
**Anthony Tellado Deposition (June 10, 2009)**

| TOPIC | DEPOSITION TESTIMONY | CITE |
|---|---|---|
| **Salary** | Q. Can you tell me the range of salaries for the in-store branch managers presently in your district?<br>A.  What they're currently paid?<br>Q.  Uh-huh, yes.<br>A.  From a branch manager to a lead manager I think it's approximately 50,000 to 72,000.<br>Q.  Do you know what most of them make?<br>A.  I'd probably say mid 50,000 range. | 72:17-24 |
| **Hours Worked** | Q. If an in-store branch manager can motivate the employees to do their work without even being there at the branch, are they authorized to do that, in other words, motivate from a far and not even come to work?<br>A. I would probably -- I would say, yes, there are times that managers can motivate and get the branch focused on their functions from a far and there's time they do.  If a branch manager was never at that branch I might question why they're never at the branch.  But that happens where people are gone for hours out of the day or three or four days of the week for helping another branch. | 53:12-24 |
| | Q.  Here's a statement about I guess hours and I guess effort.  I'm going to ask you if you agree with this statement, whether it's true or not of U.S. Bank. "You can work as hard as you want, as much as you want or as little as you want." Would you agree that's true of the in-store branch managers?<br>A.  Yes.<br>Q.  So they can work as little as they wish?<br>A.  Again, I've never had a manager not work at all.  But yeah, I would say yeah.<br>Q.  So yes, that's true?<br>A.  Yes. | 57:13-25 |
| | Q.  Do you have any expectation of the branch managers in the Greater Bay District, how many hours they work a day?<br>A.  No.<br>Q.  How about in a week?<br>A.  No. | 58-59:1-10 |

| TOPIC | DEPOSITION TESTIMONY | CITE |
|---|---|---|
| | Q. Do you have any understanding as to how many hours a week the branch managers work in your district? | |
| | A. No. | |
| | Q. Do you have any understanding of the range, like zero to a hundred? | |
| | A. Do I have an understanding of approximately how much they work? | |
| | Q. Right. | |
| | A. Yeah. I have an idea of how much the managers typically work. | |
| | Q. In a week? | |
| | A. In a week. | |
| | Q. What's your idea? | |
| | A. I'd probably say anywhere from 38 hours to 41 or 42 hours. | |
| | Q. How did you get this understanding that they work 38 to 42 hours? | |
| | A. Approximations of when I call a branch and the manager's not there, they're out or they've left already for the day; or I come in early, quite a bit earlier than the branches open, I see them out there at the branch or I hear from them on my phone sometimes after work as well. | |
| | Q. Are there any days you expect branch managers to work? | |
| | A. No. | |
| | Q. Do you ever tell them, for instance, you have to work on a weekend? | |
| | A. No. | |
| **Discretion** | Q. Now, as far as these goals for the revenue and production goals, does U.S. Bank give any guidelines on how to achieve those goals? | 39:14-25-50:1-5 |
| | A. I would say they give best practices and that's where a plan or the goal for growth would come in. If you grow this in loans you should see approximately an increase of revenue around this. | |
| | Q. When you say they give them best practices, is that a document called "Best Practices"? | |
| | A. No. | |
| | Q. So they give a plan and a goal for growth? | |
| | A. They give a plan and a goal for growth. But a branch and a manager can achieve their revenue goal without hitting the growth goal or the growth plan. So managers can achieve their own individual branch goals in different ways. | |
| | Q. Are the branch managers told in any specific way how to achieve the goals for their branches? | 50:15-25-52:1-2 |

| TOPIC | DEPOSITION TESTIMONY | CITE |
|---|---|---|
| | A.  They're not told specifically you have to do this, no. | |
| | Q.  They're not told for instance make a certain number of calls, offer this kind of product 10 times a day? | |
| | A.  No. | |
| | Q.  There's no quote, "quotas," as far as duties are concerned? | |
| | A.  No. | |
| | Q.  Are they told to spend a certain amount of time toward achieving a goal? | |
| | A.  For the managers? | |
| | Q.  Yes. | |
| | A.  No. | |
| | Q.  Would you agree that the branch managers are given wide latitude on how to achieve goals? | |
| | A.  I would agree. | |
| | Q.  Does U.S. Bank give managers any guidelines on how to spend their time? | |
| | A.  I can't think of any guidelines that are out there. | |
| | Q.  Do they, for instance, tell in-store branch managers in your district or elsewhere that you should spend at least five hours a week training your employees? | |
| | A.  In my district, no.  There's no set time or you have to do this X amount of hours a day or this or that, no.  There's activities that can help success, but there's no guideline that you have to do it or you have to do it X amount of time. | |
| | Q.  The branch managers in your district is it like someone handed them the keys to the business and they can do whatever they wish to achieve their goals as long as they remain within the guidelines of U.S. Bank? | |
| | A.  I'd say as long as it's ethical and appropriate business practices, yeah, they can do whatever they see fit to drive the business in their branch. | |
| | Q.  This is a description.  "U.S. Bank is very entrepreneurial, so you can make it whatever you want it to be or not want it to be.  You are given the freedom to make the decision on what you want your branch to be from a marketing standpoint, a duty standpoint.  It's like someone handed you the keys to the business."  Do you agree with that statement? | 56:14-25-57:1-12 |
| | Q.  Is there anything in that statement that you think is a false description of U.S. Bank? | |
| | A.  No.  The only thing I would say is that handing the keys to the manager they still have to perform in certain areas and run it, they don't just have free say to say "I'm giving everybody a hundred dollars" or "I'll give you a zero percent interest rate on a loan," but they do get to run it | |

| TOPIC | DEPOSITION TESTIMONY | CITE |
|---|---|---|
| | as their own branch, market it their own ways, decide who does what duties when they get it done and how they get it done.<br>Q. How about from their own duties do they get a choice to decide on what they do in order to make the branch successful?<br>A. Absolutely. | |
| | Q. Don't they have the discretion to be the number one seller in the branch as well?<br>A. Do they have discretion?<br>Q. Yes.<br>A. They do. They as the manager can decide what they do. If they say I'm going to take this week and sell to show you guys how to do it, show you how I do it, they can absolutely do that.<br>Q. They can also take the lead and sell because they want to sell, correct?<br>A. They can if they wanted to.<br>Q. Do you agree with this statement: "If the in-store branch manager wanted to be the best darn salesperson in the world he or she can make that decision."<br>A. I would say yes.<br>Q. And if they wanted to be the number one seller, in other words sell the most at their branch, if they felt that was an effective way towards achieving a branch's goals the in-store branch manager has the authority to make that decision as well, correct?<br>A. Yes. | 66:7-25-67:1-4 |
| **Staffing Discretion** | Q. So as far as these in-store branches are concerned, do they each employ bankers?<br>A. Yes.<br>Q. And do you know what branch employs the fewest number of bankers?<br>A. Based on their size or newness. It can vary. I don't know right now who has the smallest model or largest model.<br>Q. Can you give me the range of what the models are?<br>A. Typically approximately within my district would be about four and a half to five and a half full-time employees, full time equivalence.<br>Q. So each of the branches will have 4.5 to 5.5 full-time employees?<br>A. Approximately.<br>Q. And does that figure the full time equivalent figure -- strike that. When you say full-time employees you mean full time equivalence, right?<br>A. Yes. | 30:1-5; 30:11-25; 31-32:1-6 |

| TOPIC | DEPOSITION TESTIMONY | CITE |
|---|---|---|
| | Q.  So a half is a part-time person? | |
| | A.  Yes. | |
| | Q.  And that means 20 hours a week? | |
| | A.  It can vary, but for 4.5 would only be 20 hours. | |
| | Q.  The full-time equivalent number does that include the in-store branch manager over one or the in-store branch manager at that branch? | |
| | A.  It includes the in-store branch manager. | |
| | Q.  And he or she is 1.0 on the full-time equivalent scale? | |
| | A.  Yes. | |
| | Q.  And if the store has for instance a full-time equivalent figure of 4.5, what does that mean for the store, it can only employ 4.5 full-time equivalence? | |
| | A.  No.  We have some branches that are over their model due to staffing or they have a variety of different reasons the manager found somebody and they're just over that limit or, you know. | |
| | Q.  How far over, like a .5 over? | |
| | A.  Well, right now I couldn't tell you what branch has what.  But I seen .5, I've seen some that had maybe 1, 1 full-time equivalent.  And it's a constantly changing number. | |
| | Q.  How does it change? | |
| | A.  Based on the branch increases and transaction volume growth as a business they require more staffing to be able to support and run the business. | |
| | Q.  Is it true -- I'm trying to understand how the number changes.  So transactions go up and down, the full-time equivalent can go up and down? | |
| | A.  It can. | |
| **Differences Among Branches** | Q.  Are you aware of whether there's some type of master plan for each of the in-store branches? | 25:17-22 |
| | Q.  As far as their spacial and geographic layout how they're supposed to look. | |
| | A.  I'm not aware of anything, no. | |
| | Q.  Did you feel the in-store branch manager position is different in California than when you worked in Washington and Oregon? | 34-36:1-4 |
| | MS. KOHLER:  You mean in his district? | |
| | MR. KAUFMAN:  Yeah. | |
| | THE WITNESS:  I don't think the responsibilities are different. | |

| TOPIC | DEPOSITION TESTIMONY | CITE |
|---|---|---|
| | Q. Are the duties different? | |
| | A. They can be. In just the sense of the manager decides what they are going to do and what duties they're going to perform and how they're going to spend their day. | |
| | Q. How about what U.S. Bank expects of the in-store branch manager, were there different expectations of, for instance, when you were in Washington and Oregon as an in-store branch manager than those in the Greater Bay District? | |
| | A. I would say performance-wise, yes, there's different performance expectations. | |
| | Q. What's different about what's expected of those branch managers? | |
| | A. I think the size of the branches because there's differences from branch to branch. There's different expectations even in my district within that of one branch is much larger than another branch. So the expectations to performance can vary based on that. | |
| | Q. So when you say size are you talking transaction volume or geographical volume? | |
| | A. Transaction volume, portfolio size. | |
| | Q. And as far as the differences between the in-store branch manager position as you saw it when you were in Washington and Oregon and as you see it now that you're district manager in the Greater Bay, you mentioned you see different expectations related to size and transaction volumes, can you be specific about what you mean? Like how is that different? | |
| | A. More expectations on growth, on production numbers, again based on size, based on the business of a location. | |
| | Q. So from a business point of view there may be different expectations on -- strike that. How about as far as duties? For instance, can you see any duties that are given to the California managers in the Greater Bay District than those that you saw were given to the Washington and Oregon managers when you worked there as an in-store branch manager? | |
| | A. The duties vary by branch and by manager for what they want to do. The expectations of what happens in a branch in terms of making sure employees work a number of hours, take their lunches, things like that, that's all the same. But how they do it, how they manage, how they run it, it just varies location to location. | |
| | Q. And there's a revenue goal, a production goal. Are any other goals given to the managers in your district? | 36:22-25-37:1-12 |
| | A. Not that I can think of right now. Production goals, revenue goals. Nothing else I can think of. | |
| | Q. While the goals may vary your feeling is -- Your feeling is the goals vary from branch to | |

| TOPIC | DEPOSITION TESTIMONY | CITE |
|---|---|---|
| | branch in the Greater Bay; is that true?<br>A. It's not my feeling; it is.<br>Q. It is. Okay. Sorry. It's a little phraseology here. The goals in the way they vary, is it just in their numbers?<br>A. For their production and for their goals of growth it varies on the size and how long that branch has been there. | |
| **Customer Service/ Relationship with Customers** | Q. Do you have an understanding of whether or not the in-store branch managers in the Greater Bay District whether they sell to customers?<br>A. I think it varies manager to manager, branch to branch.<br>Q. Why do you think it varies?<br>A. From being in the branches, from talking to them, from hearing what they do from some of them on a day-to-day basis what a typical day's like. | 63:20-25-64:1-3 |
| | Q. We talked about already this idea of being an on-site leader for sales. How about being an on-site leader for customer service, are in-store branch managers supposed to have that responsibility?<br>A. They're supposed to be a leader for customer service.<br>Q. And how do they discharge that? How does an in-store branch manager the way you've seen it, how do they lead in customer service?<br>A. They're supposed to be the example for customer service, take installations either via phone or in person, depending on their situation, implementing and coaching customer service for the banker and staff, body language and all that, just to help with customer service overall. | 78:18-25-79:1-7 |
| | Q. Is an essential function of the in-store branch manager to develop relationships with customers?<br>A. I would say so.<br>Q. How do they develop relationships with customers?<br>A. Introducing themselves, talking to them, lending themselves to customers wanting to talk to them or express concerns or share great customer service. They've had a lot of customers that like to speak with the branch manager. They like to be friendly with the branch manager so that branch manager is open to any request to customers in that sense. | 79:25-80:1-11 |
| **Office Set Up** | Q. Does each of these branches have a manager's office?<br>A. Yes. I'm trying to think of each location. I believe every office but one has a manager's office. | 16:3-16 |

| TOPIC | DEPOSITION TESTIMONY | CITE |
|---|---|---|
|  | Q. Do you know why that one branch does not have a manager's office in it? <br> A. It was a location that we acquired through – <br> Q. Downey Savings & Loan? <br> A. Yes. I can't think of the word. Merger, acquisition. And that branch did not have an office when it was acquired. |  |
|  | Q. Each of these branches they have I believe teller stations; is that how it's phrased? <br> A. To be able to process teller transactions, yes. <br> Q. Which one of the branches has the fewest teller stations? <br> A. I don't know which one has the fewest. I think there are several that have a total of three. <br> Q. Several have three. What's the most as far as teller stations? <br> A. I believe the most is five and I believe that's the Downey location -- I'm sorry -- the San Ramon Branch. <br> Q. So only one has five? <br> A. I believe they have five. They may have four, but I believe they have five. <br> Q. The rest have either three or four? <br> A. Yes. | 18:11-25-19:1-6 |

SF:273039.1

# EXHIBIT 36

# *Spainhower v. U.S. Bank*
## U.S. Bank's Deposition Summary Chart:
## Plaintiffs' Witnesses

| DEPONENT | EVIDENCE |
|---|---|
| *Jason Spainhower* | <ul><li>He was first hired as a Senior Banker at U.S. Bank, later promoted to co-manager in August 2003 (and worked under Mohammed Chawla), and promoted to branch manager in November 2003 (31:18-38:18).</li><li>While at the Yorba Linda branch, he never hired or fired any employees; there were 4 employees at that branch when he was Branch Manager 109:9-111:4).</li><li>He agreed to be Branch Manager of Yorba Linda branch because he was allowed to take out of the senior banker, Ali Chawla, from another office to be his co-manager (40:21-41:1; 42:11-21).</li><li>In November 2005, he became the branch manager of the Nohl Ranch (60:3014).</li><li>He participated in daily conference calls to discuss the progress, activities, goals, and expectations of the branch (70:6-71:22).</li><li>He decided whether he will interview an applicant and conducted the initial hiring interviews (2-3 per quarter) (119:5-15); he informed the district manager of his impressions of the applicants (115:23-116:2).</li><li>There were always at least 2 bankers at the Nohl ranch branch at all times he was branch manager (136:2-22).</li><li>In late 2006, he was also the branch manager at the Ladera Ranch branch (62:10-15).</li><li>He worked with limited supervision from his district manager as they only visited him at the branch only once or twice, except for John Murillo, who came to the branch once a month; they never called regularly to check in with him (238:9-240:14; 240:13-16).</li><li>He was qualified for incentive compensation, which were paid out quarterly and not capped (96:1-5; 304:25-305:7).</li><li>He has written an employee up for disciplinary reasons (128:11-22); he has verbally disciplined employees (180:7-24).</li><li>He conducted annual reviews for his employees, which were used to determine whether they receive raises (148:8-22).</li><li>He raised an employee's compensation using the computer system (152:21-153:14).</li><li>He was responsible for scheduling at the Yorba Linda branch; at the Nohl branch, his co-manager set the schedule but he reviewed it to ensure there were adequate number of employees assigned (160:12-161:9); he scheduled additional staff during peak hours (1771:5-8)</li><li>He was responsible for "the general running of the branch (202:25).</li></ul> |

|  | |
|---|---|
|  | <ul><li>He was responsible for ensuring that the employees knew the opening procedure (217:8-15); that the employees knew how to safely close the store (219:8-15).</li><li>He dealt with employee's complaints (226:3-228:17).</li><li>He was also responsible for resolving customer complaints (243:2-5).</li><li>He signed the employees' timecards to ensure employees were accurately reporting their times (229:24-230:8); he communicated to his employees that they should not be working off the clock (231:4-10).</li><li>He was responsible for ensuring that his employees took proper meal and rest periods (234:3-6).</li><li>He did not know what "staffing tool" mean (273:14-24).</li><li>He communicated to his employees their duties for the work day 276:1-3; 297:13-21).</li><li>He was ultimately responsible for reaching sales goals (282:25-283:4)</li><li>He was responsible for ensuring that he and his employees did not violate federal banking regulations (283:20-284:16).</li><li>He believed that managing is "setting a good example" (288:2-6);</li><li>He taught and coached his employees to help them increase the sales of the branch (289:12-290:25; 297:22-298:9).</li><li>He led by example when he worked on the teller line and taught his employees how to deal with customers (310:16-19; 319:10-13).</li><li>When a new employee was hired, he sat down with them to go over what they were expected to do (311:9-17).</li><li>He did not think about customer service that his staff was providing (307:11-14); he was not in charge of the sales campaigns (307:18-308:19; 310:2-9); he did not try to motivate his employees (311:3-8); he only spent 5 to 10 minutes a day analyzing the branch's performance; 10 minutes a day figuring out how to improve the branch's performance; he did not do anything else to encourage or motivate employee productivity( 314:3-23).</li><li>He promoted  U.S. Bank's financial products by selling them (326:11-14).</li><li>He discussed suspicious activities reporting with his employees (333:14-17).</li><li>He said "there were no rules" for him when it came to meal periods for himself, so if he can take one, he can take one (337:2-9)</li><li>He believed there were about 5 to 10 teller transactions per hour during peak hours (338:5-13).</li></ul> |
| *Michael Williams* | <ul><li>He was responsible for overall branch operations (161:4-7, 164:9-11), managing customer complaints (162:11-25, 187:2-4), managing employee complaints (162:5-7, 165:1-169:8), compliance with federal laws and guidelines (162:1-4), reviewing employee timesheets (170:1-172:18), and ensuring employees received meal and rest periods (194:13-20).</li></ul> |

|  | |
|---|---|
|  | <ul><li>He did not have individual sales goals (120:4-5).</li><li>He participated in weekly conference calls regarding sales goals (121:2-12).</li><li>His branches had at least two bankers working at all times (88:8-90:24, 145:7-18, 238:13-241:3).</li><li>He received and used his meal and rest periods at some points during his employment as a branch manager (195:10-196:24, 197:13-198:3).</li><li>He reviewed and analyzed reports as part of his duties as branch manager (150:19-151:14).</li><li>He was hired in April 8 to manage a branch that was not yet open (53:3-9).</li><li>He was employed as a "floating manager" from April 2008 through November 2008, when he was terminated (74:24-76:21, 99:23-25, 100:4-7).</li><li>He was not responsible for some things that regular branch managers were, such as creating his own schedule and creating employee schedules (111:22-114:21).</li><li>While waiting for his branch to open he participated in training, shadowed branch managers, and filled in at other branches when managers were absent (54:13-14, 56:9-14, 59:13-15, 65:25-66:14, 69:13-70:9, 81:9-82:10, 146:15-147:10).</li><li>He did not perform exempt activities that other branch managers performed, such as scheduling (114:13-18), training (85:10-11), and directing employee's work (148:19-24, 84:13-18).</li><li>He knew of only one other floating manager (75:2-5, 76:7-11, 260:14-261:6).</li><li>He performed outside sales for the branches he visited (128:23-140:8, 141:3-142:10, 176:23-177:12).</li></ul> |
| *Irina Vladimirsky* | <ul><li>She has worked for 3 different banks, two of which for less than one year; she also worked for the family business while she worked for US Bank (16:3-21-8).</li><li>She recently participated as a plaintiff against Banco Popular, a prior employer, in another class action (26:16-27:23).</li><li>As the Branch Manager at U.S. Bank, she was responsible for the results of her branch (66:16-18).</li><li>She held herself out to the public as the Branch Manager (67:1-8).</li><li>She was responsible for the overall budget and profitability of her branch (125:10-12).</li><li>At her branch, she had four employees under her supervision (62:15-24).</li><li>She led staff meetings three times per week (70:22-24).</li><li>She created a sheet for her employees for their reference relating to what duties she had assigned them; she determined who did what tasks based on certain considerations (72:21-73:4).</li><li>To her, managing a branch means reaching the goals for the branch,</li></ul> |

ensuring compliance, making sure enough staff was present, keeping the branch from closing down, ensuring client satisfaction, and managing her staff (68:7-69:10).

- She had to constantly keep an eye on her staff and make sure they were executing, or she would need to coach them (69:13-70:21).
- She helped her employees who were struggling to improve (76:3-8).
- She struggled to hit her goals or make sales (37:4-6).
- But she did well on audits (39:12-17).
- When she was in her manager's office, her door was typically closed so she did not pay attention to her employees at those times (77:9-13).
- She was ultimately responsible for compliance, but she chose to delegate daily compliance to her Assistant Manager (39:18-40:9).
- As the Branch Manager, compliance was, however, constantly on her mind (40:10-21).
- She delegated outside sales to her employees (59:21-60:2).
- While she sent her employees out to sell, she would spend time on the phone with new and existing clients, dealing with vault items, which requires a manager and trying to sell loans (60:3-25); she spoke with existing and new clients, both local business owners and personal clients; she used her own particular tactics regarding customer relationships (101:7-102:25).
- At her branch, they were responsible for packaging loans for underwriters (145:3-5).
- She added to the branch's contacts by developing and adding her own contacts from her years in banking (103:1-11).
- She coached her employees one-on-one and she led by example (77:15-78:8).
- She hired at least three people as Branch Manager – two bankers and one Assistant Manager and she conducted the interviews of both people she hired and people she chose not to hire (78:9-79:10); she made recommendations for two positions based on who she had interviewed and those people were hired (81:3-13).
- She terminated one employee as Branch Manager (81:14-15).
- She recommended one person be promoted and they were indeed promoted (82:3-10).
- She ran campaigns in her branch and motivated her employees during those campaigns by leading daily meetings of her staff (82:14-83:17).
- She developed ideas about promotions and contests for her branch – one to three per month (103:19-105:24).
- She ensured her branch and all of her staff were complying with both federal banking laws and internal procedures, and manage her staff to ensure that compliance (110:16-111:23).
- She was responsible for handling customer and employee complaints – she had to make cost-benefit analysis in the process – and, she had certain authority to override certain bank standards (113:12-125:9).

|  | <ul><li>Her compensation was based on her branch's overall performance; she did not get paid for personal sales, but her bankers were paid on their personal sales (84:9-18).</li><li>She reviewed her branch's performance by reviewing reports and then figured out which of her employees were performing, which were not and would coach and give feedback to her employees (84:19-85:11).</li><li>She reviewed her employees and made recommendations about whether they should receive raises or be put on performance improvement plans (85:19-86:11).</li><li>She counseled and issued warnings to her employees – in some cases she saw improvement as a result; her feedback went to her employees' personnel file in certain instances (129:6-135:13).</li><li>She was responsible for ensuring that her employees were tracking their time accurately and for ensuring compliance with wage-hour laws (135:16-18; 136:7-11).</li><li>She was ultimately responsible for the security of the cash at the branch (137:6-138:2).</li><li>She had the authority to approve transactions that were outside the limits of the bankers (139:4-13).</li><li>District Manager at US Bank was always David Byron (29:5-10).</li><li>The only contact she ever had with her District Manager was when she had telephone calls with him regarding her revenue numbers – her results only; in addition to that, the only other thing he did in the way of managing her was during monthly district meetings, or when he called her to discuss her results (34:20-36:10).</li><li>She does not recall if she ever used the Scheduling Tool (64:16-22).</li><li>She once had a calendar of the total number of hours she worked per week for U.S. Bank for a 3-month period, which she used to prepare her declaration in this case, but she no longer has that calendar. Her entries did not include meal or rest periods (93:19-94:9; 140:17-141142:12).</li><li>Sometimes she went to lunch and sometimes she did not (142:25-143:3).</li></ul> |
|---|---|
| *Ellsworth Cooke* | <ul><li>He was an branch manager for the Fremont branch (16:15-20)</li><li>He turned his branch into a "successful branch" by recruiting quality people (30:18-31:3; 41:11); conducted the qualifying interviews (31:21-25); hired 7 to 8 people during his time as branch manager (41:20-42:2)</li><li>He conducted daily one-on-one coaching with his employees who did not have a lot of banking experience (33:5-19)</li><li>He was responsible for making sure the policies were followed (46:25-47:2)</li><li>He was responsible for "managing" the branch (48:17-49:1)</li><li>He handled customer complaints, including those that the employees could not resolve, such as overdraft fees (49:2-56:5)</li></ul> |

|  | <ul><li>His job is to "increase the business of the branch" (61:5-7)</li><li>He delegated operations responsibilities to bankers (64:20-65:11)</li><li>He coached employees to make eye contact with customers to help them get sales (75:2-10); he coached them to pay attention to customers and looking for sales opportunities (78:10-18); he coached them to solicit customers in the supermarket aisles (115:2-116:7); he coached them even after they had their initial training (118:4-20)</li><li>He handled employees' complaints (94:11-95:9)</li><li>He signed employee's timesheets to ensure their accuracy (99:21-100:1)</li><li>He was responsible for ensuring that the branch had the required number of employees at all times (102:20-103:13)</li><li>He "was a good example" to the employees on sales techniques and that people learned by watching him (108:13-21)</li><li>He was not surprised that his employees said he was an "excellent manager" (109:9-11)</li><li>He went out to other businesses in the shopping mall to solicit their business and got them to open bank accounts (110:22-114:5)</li><li>He was ultimately his responsible for the productivity of the branch (122:18-20)</li><li>He was out of the bank for up to 24 hours a week selling U.S. Bank products (152:4-155:7)</li><li>Deposits can take up to 5 minutes if the customer had no information; if the customer had pre-deposit slips, it takes half that time (158:13-17)</li><li>He was subjected to quarterly review (171:9-14)</li><li>He spent 1 hour a day, 3 days a week doing telemarketing (174:6:16)</li><li>There were no more than 8 teller transaction per hour (175:19-176:20)</li><li>His responsibility was to make sure that the assets and people who worked in the bank were secured (177:22-25)</li><li>He was responsible for ensuring that his employees completed all the necessary trainings (178:16-20)</li><li>He had authority to schedule more than 2 bankers on a give day (180:3-22)</li><li>He was effective in getting his employees to sell US Bank products (183:18-20); his employees got better at selling the products after working for him (184:3-9)</li><li>He promoted the bank in the community by "wearing a name badge, distributing business cards, and just talking it up." (185:12-16)</li><li>He personally promoted the bank in the community, including at the Rotary Club (185:17-24)</li></ul> |
|---|---|
| *Christian Romero* | <ul><li>He was a branch manager in Redondo Beach (25:17-21).</li><li>He was responsible for sales, marketing, opening and closing the branch, wire transfers, and scheduling. Managers had higher transaction limits than their employees (37:21-38:9; 47:23-48:2, 48:15-23). Non-managers did not have authority to do wire transfers. The</li></ul> |

code for wire transfers was only given to managers (48:24-49:1, 50:3-4).

- He supervised and motivated employees, delegated duties to employees, and made sure things got done (38:12-18, 39:8-40:3, 55:11-17; 57:22-58:12). Throughout the day he made sure reports were pulled, the aisles were walked and PA announcements were made (60:16-61:1, 62:5-11). He delegated report analyses to employees as a way to manage and coach them on the process (121:8-24).

- As an branch manager, he was in charge of the branch (40:4-6). Each branch had its own goals (40:10-14). He determined what marketing worked best for the branch, made marketing decisions with his district manager every day (40:24-41:22); reviewed and analyzed branch performance reports (42:4-18).

- He led by example to increase sales on the teller line. For example, he employed cross selling while cashing checks and taking deposits (43:1-23). He spent a couple of hours each day "leading by example" (108:24-109:7).

- His branch had a steady number of transactions all day, but he could not recall the daily average (44:7-19).

- There were always three people in the branch. He sometimes did transactions for half a day, and sometimes he did them all day with two other bankers. He handled transactions when lines got too long and his two bankers could not handle it. This would happen a couple of times a day for an hour (44:24-45:4, 45:9-47:22)

- He interviewed and hired employees for branch (52:7-53:7).

- He made sure new hires were properly trained and provided additional training if they had questions. He also coached them on performance, marketing, cross selling, sales, customer service and safety (53:15-54:11).

- He ensured branch compliance with federal banking regulations (55:20-56:1), and he thought about bank compliance all day every day (129:3-22).

- He was responsible for scheduling. As part of this job, he reviewed and analyzed branch performance reports to make sure he had coverage during busy times (59:4-14). The branch was allocated 4.5 FTE, and there were typically three people in the branch each day. He made these staffing decisions in conjunction with the district manager (66:20-68:6, 81:13-82:10).

- He reviewed and analyzed reports to prepare for a daily conference call with his district manager. These calls usually lasted thirty minutes to an hour, and were used to discuss branch sales performance (62:16-63:2, 63:14-64:2). He spent about one hour per day on calls with his district manager (107:16-19). They would review and analyze his branch's overdraft report, close account report, and open account report to figure out how to improve performance (120:15-121:24).

|  | • All three of his district managers had different management styles (56:20-25).<br>• He was responsible for his branch's performance. Because he was in charge of branch, he spent all day, every day thinking about ways to improve his branch's performance (64:7-65:12).<br>• He claims he was scheduled to open and close the branch with no lunch. He could not take a lunch because there was no supervisor in the store. He says he was scheduled to work more hours to avoid paying overtime to non-exempt employees because his district manager would not approve it (69:2-11, 69:24-70:3).<br>• He sometimes left the branch to do aisle marketing. While away from the branch he was reachable by cell phone. He admitted that he could have taken breaks if he chose to (70:7-71:14); because he could have left his co-manager in charge (88:3-89:4).<br>• He earned incentives and commissions based on meeting his branch goals in 2007. He won the Pinnacle award for being a top producing branch manager. He won a customer loyalty award and was runner up in 2007 for branch of the year (71:15-72:5).<br>• His branch had business and personal banking customers. He wrote home equity loans, cash flow managers for business and lines of credit (79:14-22).<br>• He agreed with his performance review. As an branch manager he had to problem solve on a daily basis, including customer and employee problems (97:6-98:10, 106:8:15). He spent about 1 ½ to 2 hours a day on resolving customer issues (106:16-20).<br>• He recruited and developed good employees (98:11-100:9); developed, coached, set goals and provided feedback to employees by observing them on and off all day (100:10-101:11); reviewed and evaluated employees who reported to him; and provided plans for development and improvement (101:22-103:5).<br>• He had lead manager duties, which involved overlooking another branch and training less experience branch managers (118:1-10)<br>• He reviewed employee time records and verified time was accurate (123:10-124:5).<br>• He facilitated sales opportunities by analyzing target lists of potential new customers. He spent one hour each week on these activities (124:20-126:19). He also tried to increase business with existing customers by making phone calls for about an hour each week (127:16-128:130); and by meeting face-to-face in the branch. He spent almost all day trying to increase business (128:21-129:2). |
| *Valeria Mckee* | • She earned $50,000 salary when she was promoted to branch manager (28:24-29:5).<br>• As branch manager, she received the Quarterly Pinnacle Award for 3 quarters in 2008; banks with the most growth were honored with the award (29:18-30:5; 31:9-22). |

- She was responsible for the ultimate success and overall sales of the branch. In addition, she facilitated sales opportunities to meet sales goals; monitored sales goals to ensure the branch met its goals; managed customer accounts; and handled escalated customer issues (44:6-45:8).
- When she returned from maternity leave her branch was not meeting sales goals. She had to facilitate sales opportunities (90:21-91:9).
- She was responsible for sales goals. Scheduling and ensuring operational soundness allowed her to maximize sales goals (97:23-98:13). She also managed sales campaigns (138:25-139:23), ensured branch compliance, and followed security measures (154:15-155:9).
- She led her branch by example (167:2-23); made sure her branch met its sales goals; ensured proper transactions and compliance with operational standards (69:1-2; 69:16-71:11); provided weekly sales advice to other branch employees.
- She ran her branch like a small business, but she reported to her District Manager (46:4-9, 47:2-8).
- She had shared responsibilities to help underperforming branches become more efficient. She assisted other managers with sales calls, reviewed sales presentations, facilitated sales opportunities, and demonstrated efficient staff scheduling to maximize sale opportunities (66:2-9, 66:20-67:4, 67:11-68:1).
- She was responsible for scheduling (72:7-14; 75:13-20). She never used a scheduling tool, but she received overview training about it (73:15-74:4, 74:11-75:12). She spent about an hour each month scheduling, plus additional time to make scheduling changes (80:2-18). She was responsible for scheduling to ensure the branch was operationally sound, thereby allowing the branch to maximize sales goals. She needed to schedule accurately to meet sales goals (97:23-98:13, 99:8-14).
- She reviewed and analyzed bank performance reports to make sure customers would recommend the branch, and to prepare for conference calls with her district manager (80:19-82:9). She testified to spending about fifteen minutes each month reviewing reports (86:17-25), but also said she spent the first half hour each day reviewing reports, checking accounts for accuracy, and preparing for her conference call (87:8-88:5, 88:13-89:7).
- She reviewed reports for training and coaching opportunities for bankers. She met with them once a week to discuss CLI sales numbers, goals and how to improve (82:10-84:16); she also discussed customer issues and complaints with them during meetings (84:8-14). She met with her co-manager to review CLI score sales (86:4-7).
- She supervised two full-time bankers, one part-time banker, and one full-time co-manage (84:17-85:10, 85:23-86:3).
- She typically worked Monday through Saturday from 9:00-6:00 and sometime sometimes worked the afternoon shift from 10:00 to 7:00.

Once or twice a month she worked on Sundays from 11:45 to 5:15 (89:8-13, 89:23-90:11). She worked about 50 hours a week before she had son, but after returning from maternity leave, she worked between forty and forty-five hours a week (90:12-20). At that time, she had decided to start working eight hours a day, Monday through Friday (178:8-12).

- She had a branch sales goal, but she did not have an individual sales goal. She received no incentive payments for sales. Only bankers received individual sales incentives (95:16-96:1).
- She assigned tasks to other employees to concentrate on the branch meeting sales goals (98:14-99:7).
- She gave authorization to reverse overdraft fees (104:25-105:19), and had a $250,000 check cashing limit. Bankers had limits between $1,000 and $1,500, and co-managers had a limit of $100,000 (105:20-106:16). She was authorized to charge off a negative checking account (106:15-24).
- She had additional responsibilities as a "Lead Manager". These entailed running conference calls when the district manager was unavailable, compiling sales numbers for all branches, training and coached other BMs (120:6-122:14).
- She evaluated employees' performance, provided constructive criticism, coached on sales opportunities (124:15-126:10), facilitated sales opportunities for employees by scheduling off-sites (170:25-171:10).
- She interviewed and hired employees, determined hiring needs and submitted requisitions, reviewed applications, and made offers of employment to selected candidates (126:12-128:25).
- She terminated one employee for an ethics violation, and terminated another employee for altering withdrawal slips (129:1-132:17).
- She disciplined employees, and issued written warnings for on-going performance issues after counseling first (133:6-136:7)
- She ensured that new employees completed web-based training, provided additional training if new employees had questions, and made sure they were up to speed (136:8-138:8; 155:25-156:23)
- She handled employee complaints (140:6-8, 141:8-18).
- She reviewed employees' time records, monitored overtime, and ensured that employee's took meal periods. These tasks took about an hour each week (141:23-142:10).
- Her branch averaged fifteen to twenty transactions per hour. The low end was five per hour on Sundays, and the high end was thirty to thirty-five and hour (145:10-146:1).
- She scheduled one to two off-site sales activities each week, and each activity took between two and four hours (146:5-147:18).
- The checking account goal number differs from branch to branch (160:8-25).

| Rick Garcia | |
|---|---|
| | • He supervised the opening of the El Camino Real branch (19:1-3). For the first two months he had sole management responsibility, and then he and J. Webb (co-manager) had dual management responsibility. In the beginning of 2004 he assumed sole management responsibility (46:22-47:13). |
| | • His initial salary as a branch manager was $50,000 (22:-23). |
| | • He was responsible for being the face of the company (28:23-25), and was the business leader of the branch. The branch was his business unit to manage even when he had a co-manager. As branch manager he had ultimate responsibility for the branch (59:18-60:23, 66:8-67:12). He was a very "hands on" manager, and tried to make sure the branch surpassed performance expectations (90:19-91:1). He was told to manage the branch like a start-up company, and he had to handle all aspects of the branch and solve all problems (145:25-14). |
| | • He had a daily conference call with his district manager to discuss sales activities for the day. As the branch manager, he determined the sales plan and how to delegate duties to achieve it (32:21-33:20). This required him to plan employees' work for the day and assign sales goals (60:25-61:12). |
| | • He monitored employees' sales activities constantly throughout the day and coached them on how improve sales (34:14-35:2). |
| | • He was responsible for scheduling, but he alternated this duty with his assistant manager. He used an excel spreadsheet to manage his schedule (41:18-12). |
| | • He ensured compliance with federal banking regulations. The branch did not pass its initial audit because of missing documentation, which is a common problem with new branches. He was responsible for bringing the branch into compliance, identifying problems and determining an action plan (50:1-52:8, 102:15-25, 103:10-25). He passed his second audit (52:16-17). |
| | • He has never heard of a "staffing model", "scheduling tool" or "time standard" (55:23-56:11). |
| | • He received coaching with his district managers (J. Hilt and K. Bush) about once a week for about an hour. He met with his district managers at monthly meetings to discuss sales activities and branch goals (58:1-3). |
| | • He earned incentive compensation based on the overall productivity of his branch. He did not receive incentive compensation for individual sales (63:11-17). |
| | • He conducted individual coaching sessions with employees throughout the day to help improve sales. He sometimes participated in employees sales activities to supplement the sale and provide additional coaching (63:25-64:14, 64:23-65:20). He was responsible for one-on-one coaching sessions (83:24-84:11), supervised and directed employees' daily activities (151:1-153:8, 153:14-15), and held his team accountable for sales goals (156:19-21) |

- When his branch first opened, he ensured it was successful and met its sales goals. He helped facilitate sales by making contacts, walking the aisles, making marketing calls, and using the PA to attract customers (68:10-69:16).
- He motivated employees to increase sales and encouraged them to maximize sales opportunities and provide good customer service (70:9-22, 71:11-73:17).
- He was responsible for evaluating employees' performance (84:12-17).
- He managed sales goals and branch sales campaigns (84:18-23).
- He was responsible for monitoring wage and hour compliance, and for reviewing employees' time records to make sure they were accurate (86:6-14).
- He scheduled between three and four employees to work at the branch (87:5-12).
- He reviewed and analyzed financial statements and reports re performance (88:20-23).
- He had lead manager responsibilities. He gave advice to other less experienced branch managers if they called him. They would be referred to him by K. Bush (92:3-13).
- He was responsible for the safety and security of branch (95:4-6).
- He promoted the bank's financial products by walking the store's aisles, handing out flyers, and interacting with customers (96:1-20). He kept in contact with customers, and reached out to contacts from his prior banking experience to promote the bank to them (104:23-104:15).
- He researched other business opportunities by reaching out to neighboring businesses (106:19-107:4).
- His branch's typical transactions were deposits and withdrawals. These transactions took about five minutes each. The transactions themselves only took about 30-90 seconds. The rest of the transaction was used to cross-sell other services (109:20-110:16). Opening a checking account took about 10 minutes; credit card payments, loan payments and mortgage payments took about a minute (111:10-112:3).
- He was able to identify his own performance review (116:5-117:4).
- The US Bank meal period policy applied to everyone, including him. He could leave branch for meal period. No one ever told him he could not take meal period. Sometimes walked to the coffee shop during is meal period (117:13-20, 118:25-119:8, 119:21-120:1).
- He had to do everything in branch when there were fewer employees, including sales, compliance, ordering cash. He could delegate duties with more employees (125:2-12). When he lost two employees, he had to do whatever it took to get job done. He sometimes worked five, six and seven days a week (148:17-25).
- He agreed with the following statement in Exhibit 2, ¶ 7:U.S. Bank

|  | expected me to be the on-site leader in sales and customer service; lead by example; was the fact of the company and set the standards and tone for the branch (127:13-128:5).<br><br>• He only engaged in teller transactions after J. Hilt became district manager (129:2-14, 138:10-13).<br><br>• He worked an average of 55 to 60 hours a week because he opened and closed the branch each day and worked 7 days a week. But when fully staffed, he worked an average of 40 hours per week and the branch was still successful (129:15-130:16).<br><br>• District managers had different management styles. He had more discretion with K. Bush than J. Hilt (131:25-132:18, 134:20-135:6). After J. Hilt became his district director he had a cash drawer every day, but he always multi-tasked (136:6-18).<br><br>• When had more employees in his branch he did fewer transactions. When he had fewer employees his transaction count increased and he had to use his cash box more. This left less time for him to spend on management responsibilities (140:3-23). When K. Bush was his district manager, he spent no time on teller transactions (140:24-141:9).<br><br>• There was no company policy or document concerning the amount of time he had to spend on any particular task (141:19-143:8). There was no written policy regarding the amount of time he had to spend on the teller line, and J. Hilt never told him how much time to spend on the teller line (143:10-145:3)<br><br>• He believes he was properly classified as exempt when he first started at US Bank, but that changed over time because of the staffing levels and his district manager's expectations (149:1-10). |
|---|---|
| *Shawnette White* | • As branch manager, she was responsible for the overall production of the branch (54:24-25)<br><br>• She held herself out to the public as the manager of the branch. Her business card said she was the branch manager. She would let customers know that she was the manager. If someone asked for the manager, she would talk to them. She had sole responsibility for the success of the branch (56:16-57:19)<br><br>• She or her co-manager wrote work schedules, and she reviewed them (58:4-58:21)<br><br>• US Bank instituted a scheduling tool and provided training for it just as she was leaving. She used it for a month before she left. The tool could be used as a "guide" She did not have a chance to fully implement it (64:23-65:22)<br><br>• She has never heard of anything called "time standards" (65:23-25)<br><br>• Her staff had monetary and other incentives for reaching individual production goals, including for local branch contests (68:22-69:7, 71:2-71:18, 112:5-112:13)<br><br>• She received incentive compensation based on branch performance. She did not receive any incentive compensation based on her |

individual sales performance (112:17-112:25)
- She led by example, giving her employees an opportunity to see the proper way to work the teller line, create new accounts, make customer calls, and canvass (69:21-70:3)
- She was in charge of monitoring local results for company-wide sales campaigns (70:19-24)
- She monitored and addressed employee complaints (73:4-9)
- She had to discipline employees on occasion, including write-ups and verbal warnings (76:11-25)
- She was responsible for monitoring wage and hour compliance in her office, and for signing off on employee timesheets (77:19-78:9)
- She received high marks on her annual performance review in the following areas: managing sales staff, campaign management, compliance, sales and financials, coaching and employee development, customer loyalty, leadership competencies, decisiveness and ability to discern issues, inspiring trust and confidence, consistency in words and action, leading by example, and communication with impact and supporting service (82:1-86:2)
- She was a cluster leader, and mentored three different branch managers at nearby locations. She would be a resource for mentees, going out with them on sales calls to solicit business and providing a resource for them if they needed help (86:12-87:11, 89:11-90:9)
- As part of her regional leadership role, she was assigned to different categories (e.g., business or credit cards) to lead and track sales blitzes between branches; she also facilitated branch manager meetings on three different occasions (88:1-88:21)
- Her quarterly reviews had the same criteria as her annual review (92:14-92:22)
- She would arrive at work between 8:30 and 9:45 (93:21-94:12)
- She took her meal period when she could. Some weeks she took it every day; she also took rest breaks (99:8-13, 101:2-25)
- Her branch was usually staffed with her and three other employees (101:22-23)
- She met with potential customers and businesses outside of work (116:5-7)
- Business was slower during the fourth quarter of the calendar year (117:8-13)
- She had higher transaction limits then her staff (118:1-12)
- She had two daily conference calls with her supervisor, Julie Dominguez, and weekly regional conference call (119:20-25)
- She owned a children's transportation business while she worked for US Bank, which took 2-3 hours per week (23:13-15, 25:3)
- Her duties as US Bank varied. She handled new accounts, serviced ATM machines, worked the teller line, conducted "huddles" with her team, canvassed for new business, made sales calls, did scheduling,

|  |  |
|---|---|
|  | hiring, and training, and attended manager meetings (28:22-29:6, 38:12-17, 68:7-70:3)
|  | • She was hired by Julie Dominguez to manage a newly opened Rancho California branch in Temecula at a salary of $44,000 (29:13, 31:25)
|  | • She spent her first two weeks training in San Diego. She then focused on generating clientele for the new branch by talking to grocery store customers and doing PA announcements (31:15, 30:14-19)
|  | • She spent about five to eight hours each week canvassing and meeting businesses outside of her branch (33:12-34:3)
|  | • Before giving her declaration, Plaintiff's attorney contacted her and read Julie Hilt's declaration. He asked her opinion of Hilt's statement, and asked questions about her job at US Bank. He told her that her statements over the phone were her declaration, and that he would be sending her something to sign (38:6-40:6)
|  | • She did not draft her declaration, and it is not the way she talks. However, it is a summary of what she said during her conversation with Kaufman (42:23-25).
|  | • She can't remember whether she discussed huddles, coaching, or other specific aspects of her job duties during her original conversation with Kaufman (43:17-25)
|  | • Her branch was one of the slower branches based on her transaction volume, which was around 800 per month (47:4-6)
|  | • She held monthly productivity meetings with her staff to discuss their daily production. She also held monthly or weekly one-on-one meetings with staff to discuss individual performance, productivity strategies, and expectations. She could spend anywhere from 30 to 90 minutes per month per employee on these one-on-one meetings (49:18-50:17)
|  | • She monitored her employees' performance and production during the day as they did their jobs. She would provide coaching after a transaction (52:1-53:18)
|  | • Part of her job as branch manager was to be the vault custodian and to distribute cash to her tellers (53:23-54:4)
| *Kim Page* | • She had two conference calls each day to discuss sales plans and goals (44:7-20).
|  | • To generate business she would do the following things: "aisle selling", going into the community, setting up tables outside the branch.
|  | • She was instructed by her Julie Dominguez to run her branch like he was her own business, and that is the way that she ran it (64:15-23)
|  | • She contradicts her declaration by stating that US Bank did not expect her to be the "onsite leader in sales and customer service" (66:1-67:15)
|  | • She would review individual employees sales goals with them (67:11-12)
|  | • She did not receive incentive compensation based on her personal

sales; she received incentive compensation based on the overall performance of the branch (68:18-22, 69:23-70:4).

- Her employees received incentive compensation based on their personal sales performance (69:19-22)
- She was responsible for ensuring that the branch was profitable (71:20-24)
- She held herself out to the public as the manager of the branch (72:2-4)
- She considered herself the leader of the branch (72:17-19)
- She appears to contradict her declaration by stating the she was not a lead manager at US Bank (73:20-74:4, 99:21-23)
- She was responsible for managing and running the branch, and bringing in sales (79:9-12)
- She also interviewed candidates for positions in her own branches and in others (79:25-80:2, 82:10-12, 82:24-83:2)
- There were five full-time employees and two part-time employees in her branch while she was a branch manager (86:8-16)
- She was responsible and accountable for actions and outcomes of the branch; proactively working identify and resolving customer issues; shaping plans and decisions that affect employees; and manager competencies (102:3-103:15)
- She was held accountable for leading by example (103:15-17, 103:24-104:1); hiring the right people (104:6-7); developing talent (104:20-21); exercising decisiveness and judgment (104:22-25)
- She have never seen a written policy that required her to spend a certain amount of time on a particular task or spend a specific amount of time in the teller line (106:10-17)
- She would sometimes hold one-on-one sales trainings with her employees (107:16-18)
- She monitored her employees' performance each week (109:15-17)
- There were three available teller slots at both the Vista and Murietta branches (114:24-115:9)
- There were always four employees at the Vista branch during the week; there were usually three at the Murietta branch (114:10-21)
- In Murietta, she was in the teller drawer 80%-90% of the time; in Vista, it was less than 50% of the time (117:7-21)
- She spent more than 50% of her time promoting the company when she was in the Vista branch.
- There was not a specific amount of time she was required to spend doing teller or customer service duties (119:17-120:9)
- There was no policy that specified how she was to perform her job (120:10-12)
- She decided how to allocate her own time throughout the day (120:23-25)
- She does not know how much time other branch managers spent at the

| | |
|---|---|
| | teller drawer (120:1-9)<br>• It helped the branch's business to have a manager available to speak to customers (120:23-121:2) |

# EXHIBIT 37

**CERTIFIED
COPY**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Richard Castle, Jonathan
Shaver, Anthony Procopio, and
Steve Simoulis on behalf of
themselves and classes of
those similarly situated,

        Plaintiffs,

vs.                        Case No.: 06-4347

Wells Fargo Financial, Inc.
d/b/a Wells Fargo Financial
and Wells Fargo Financial
Acceptance, and Does 1 through
50,

        Defendants.

_____//

DEPOSITION OF ANTHONY PROCOPIO

Wednesday, January 14, 2009 - 9:07 A.M.

Deposition Officer:

April Dawn Heveroh, C.S.R. NO. 8759

Taken in the offices of:

CALIFORNIA DEPOSITION REPORTERS

2509 W. March Lane, Suite 160

Stockton, California

1    know, I applied to a lot of banks, or recruiters have

2    applied to places for me, though.  Not anymore, but

3    before.

4         Q.    Where did you work after Wells Fargo?

5         A.    US Bank.

6         Q.    Where did you work at US Bank?

7         A.    I worked --

8              MR. FROHMAN:  I'm going to object to the

9    question regarding past employment as irrelevant.

10              THE WITNESS:  I worked at US Bank, and it was

11   Country Club Boulevard in Stockton, and I also worked

12   and was a traditional branch manager at the Pleasanton,

13   California location.

14              MS. FIFE:  Q.  For the retail bank?

15        A.    Correct.  Both were retail.

16        Q.    What was your job at the Country Club

17   Boulevard branch?

18        A.    It was also retail and no sub-prime mortgages.

19   It was a branch manager, as well, and also a lead

20   manager, which meant that I was running as many as 16

21   branches.

22        Q.    Okay.  When did you work at US Bank?

23        A.    Right after Wells Fargo, so like '05, the end

24   of '05.

25        Q.    I think you left Wells Fargo in April '05.

245

```
 1    STATE OF CALIFORNIA    )

 2                           )    ss.

 3    COUNTY OF SOLANO       )

 4

 5             I, April Dawn Heveroh, a Certified Shorthand

 6    Reporter of the State of California, do hereby certify:

 7             That on the date and time herein indicated

 8    the witness herein named appeared before me for the

 9    purpose of giving their deposition; that after the

10    witness was sworn by me in all respects as required by

11    law, I took down in shorthand notes the said witness'

12    testimony and the proceedings had at the time of the

13    giving of such testimony; that I thereafter transcribed

14    my shorthand notes of such testimony by computer-aided

15    transcription, the above and foregoing being a full,

16    true and correct transcript of all proceedings had and

17    testimony given.

18

19

20             Certified Shorthand Reporter   NO. 8759

21

22

23

24

25
```

1    STATE OF CALIFORNIA      )
                              )   Ss.
2    COUNTY OF SOLANO         )

3              I, April Dawn Heveroh, deposition officer,
     do hereby certify:
4
               That the witness herein was by me duly and
5    regularly sworn as a witness; that the deposition was
     taken at the time and place therein specified; that this
6    deposition is a true record of the testimony given by
     said witness.
7
               I further certify that the original of this
8    deposition was available in my office during business
     hours of business days for a period of 30 calendar days
9    and that all counsel and the deponent were given written
     notice thereof.
10
               That the following occurred:
11
     _____ .  The witness and parties waived examination
12   and reading of the deposition.

13   _____     The witness corrected, approved or refused
     to approve the deposition by letter to me hereunto
14   attached.

15   _____    The witness failed to appear at my office.

16   _____     The witness appeared in my office, corrected
     the deposition, and signed as indicated herein.
17
     _____    The witness refused to sign the deposition
18   for the following reason:

19                  _____

20                  _____

21             I further certify that I am a disinterested
     person and that I am not in any way interested in the
22   outcome of said action, nor connected with nor related
     to any of the parties in said action, nor to their
23   respective counsel.

24   Date:  _____  _____
                                 C.S.R. No. 8759
25

                                                          321